No. 391.   LEVINE *v.* LEVINE.   October 26, 1942.   Petition for writ of certiorari to the Supreme Court of New York denied.   *Mr. Jesse Climenko* for petitioner.   *Mr. Samuel Hoffman* for respondent.

No. 392.   DAGGETT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   October 26, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Northcutt Ely* for petitioners.   *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* and *Miss Louise Foster* for respondent.

No. 395.   TIME, INCORPORATED, *v.* VIOBIN CORPORATION.   October 26, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Frederick H. Wood* for petitioner.

No. 397.   GENERAL PORCELAIN ENAMELING & MANUFACTURING CO. *v.* CERAMIC PROCESS CO.   October 26, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Max W. Zabel* for petitioner.   *Mr. Edmund P. Wood* for respondent.

No. 400.   LINEN THREAD CO., LTD. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE.   October 26, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Prew Savoy* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis*